**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**
-------------------------------------------------------------X
**JANE DOE,**                                            :     Civ. Case No.:
                                                         :
               **Plaintiff,**                   :
                                                         :
       **-against-**                           :
                                                         :
                                                         :
**PRIMERO REORGANIZED**                                  :
**SCHOOL DISTRICT RE-2,**                                :
**BOARD OF EDUCATION OF THE**                            :
**PRIMERO SCHOOL DISTRICT,**                             :
**WILLIAM NACCARATO, Individually and**                  :
**In His Official Capacity as agent of the**             :
**Primero reorganized School District RE-2,**            :
**TRISH SANCHEZ, Individually and in Her**               :
**Official Capacity As agent of the Primero**            :
**Reorganized School District RE-2, DARIUS**             :
**LOPEZ, ZANDER LAMORIE, and DEBRA**                     :
**VELASQUEZ**                                            :
                                                         :
              **Defendants.**                  :
-------------------------------------------------------------X

## COMPLAINT COVER SHEET (RESTRICTED)

**PLAINTIFF JANE DOE** (hereinafter referred to as "Plaintiff"), by her attorneys, Nesenoff and Miltenberg, LLP and Campbell, Killin, Britain, and Ray LLC., will be seeking a Level 1 Restriction of her Complaint. Upon acceptance of this filing with the Court, Plaintiff will file her Motion to Restrict Access in accordance with D.C. Colo. L. Civ. R 7.2 and related restricted "Jane Doe" Complaint.

Dated this 13th day of March, 2019.

                                                       */s/ Michael J. Mirabella*
                                                       *[ e-filing – March 13, 2019]*

                                                       Michael J. Mirabella, Esq.

Campbell, Killin, Britain, & Ray, LLC.
270 St. Paul Street, Suite 300
Denver, Colorado 80206
Tel: 303-394-7209
mmirabella@ckbrlaw.com

      -and-

*/s/ Andrew T. Miltenberg*
*[ e-filing – March 13, 2019]*

Andrew T. Miltenberg, Esq.
Gabrielle M. Vinci, Esq. (admission pending)
363 7th Avenue, Fifth Floor
New York, NY  10001
212-736-4500
amiltenberg@nmllplaw.com
gvinci@nmllplaw.com

***COUNSEL FOR PLAINTIFF***