IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19–cv–00746–KMT

JANE DOE,

    Plaintiff,

v.

PRIMERO REORGANIZED SCHOOL DISTRICT RE-2,
BOARD OF EDUCATION OF THE PRIMERO SCHOOL DISTRICT,
WILLIAM NACCARATO, individually and his official capacity as agent of the Primero Reorganized School District RE-2,
TRISH SANCHEZ, individually and in her official capacity as agent of the Primero Reorganized
School District RE-2,
D.L., a minor,
Z.L., a minor, and
DEBRA VELASQUEZ,

    Defendants.

## NOTICE OF APPOINTMENT

As directed by the Order of Appointment of Counsel for **Defendant Debra Velasquez** entered by U.S. Magistrate Judge Kathleen M. Tafoya on April 29, 2019 and in accordance with D.C.COLO.LAttyR 15(f) of the U.S. District Court's Local Rules of Practice, the undersigned designated clerk has selected counsel from the list of members of the Civil Pro Bono Panel.

THE CLERK hereby notifies the court and the parties that attorney Janice C. Orr of the Law Office of Janice C. Orr, P.C. has been selected.  Selected counsel has preliminarily reviewed this case to determine if a conflict exists or other impediment to accepting this case; as it appears there is no such conflict at this time, she has informed

the court of her availability.  Under D.C.COLO.LAttyR 15(g) and with the permission of the court, appointed counsel has thirty days to either enter an appearance in the case or file a Notice Declining Appointment.  The Clerk cautions **Defendant Velasquez** that in the interim, she is responsible for all other scheduled matters by court order or operation of the federal courts' rules of procedure, including appearances at hearings or depositions, and submitting responses to motions, discovery requests, etc.

ACCORDINGLY, the Clerk hereby enters this Notice of Appointment in this case, and will also send a copy of this Notice, the Appointment Order, and a copy of local rule D.C.COLO.LAttyR 15, Civil Pro Bono Representation to the pro se litigant. A copy of this Notice will also be sent to appointed counsel by the undersigned designated clerk.

Dated at Denver, Colorado this __26th__ day of August 2019.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/ Edward Butler
Edward Butler, Legal Officer