**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No.: 19-cv-00746

JANE DOE

                Plaintiff,

    v.

PRIMERO REORGANIZED SCHOOL DISTRICT RE-2, BOARD OF EDUCATION OF PRIMERO SCHOOL DISTRICT, WILLIAM NACCARATO, Individually and In His Official Capacity as an agent of the Primero reorganized School District RE-2, TRISH SANCHEZ, Individually and in Her Official Capacity As agent of the Primero Reorganized School District RE-2, DARIUS LOPEZ, ZANDER LAMORIE, and DEBRA VELASQUEZ,

                Defendants.

---

**UNOPPOSED MOTION FOR APPEARANCE BY TELEPHONE
AT SCHEDULING CONFERENCE**

---

Plaintiff Jane Doe ("Plaintiff") by her attorneys, Nesenoff & Miltenberg, LLP and Campbell, Killin, Britain, & Ray, LLC hereby move the Court for an Order allowing Gabrielle M. Vinci, Esq. of Nesenoff & Miltenberg, LLP to appear at the October 23, 2019 Scheduling Conference by phone. As grounds, therefore, Plaintiff states:

In accordance with D.C.Colo.LCivR 7.1(a)(c), counsel for Plaintiff contacted counsel for Defendants regarding the relief requested herein, and Defendants' counsels do not oppose the relief requested.

1. The Scheduling conference in this matter is set for Wednesday, October 23, 2019, at 11:00 a.m. M.S.T.

2. Plaintiff's counsel, Gabrielle M. Vinci, resides and maintains a legal practice outside the state of Colorado, in New York, New York. In the interest of time and associated

costs, Ms. Vinci respectfully requests that she be allowed to appear at the October 23, 2019 scheduling conference via office landline. Local counsel for Plaintiff, Michael J. Mirabella, Esq., is scheduled to appear in-person at the October 23, 2019 scheduling conference.

3. Defendants' respective counsel have no objection to Plaintiff's request to appear by phone for the October 23, 2019 scheduling conference.

4. No party will be prejudiced by the relief requested herein.

WHEREFORE, Plaintiff respectfully requests that her New York counsel, Gabrielle M. Vinci, be allowed to attend the October 23, 2019 scheduling conference by telephone.

Dated this 21st day of October, 2019.

Respectfully submitted,

*/s/ Michael J. Mirabella*
*[ e-filing – October 21, 2019]*

Michael J. Mirabella, Esq.
Campbell, Killin, Britain, & Ray, LLC.
270 St. Paul Street, Suite 300
Denver, Colorado 80206
Tel: 303-394-7209
mmirabella@ckbrlaw.com

-and-

*/s/ Gabrielle M. Vinci*
*[ e-filing –October 21, 2019]*

Andrew T. Miltenberg, Esq.
Gabrielle M. Vinci, Esq.
363 7th Avenue, Fifth Floor
New York, NY  10001
212-736-4500
amiltenberg@nmllplaw.com
gvinci@nmllplaw.com

***COUNSEL FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2019, I electronically filed the foregoing with the Court's electronic filing system (CM/ECF) which will automatically cause a notification to be sent to the following counsel of record:

all counsel via ECF

                  /s/ Gabrielle M. Vinci