**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 19-cv-00746-KMT

JANE DOE,

Plaintiff,

v.

PRIMERO REORGANIZED SCHOOL DISTRICT RE-2;
BOARD OF EDUCATION OF THE PRIMERO SCHOOL DISTRICT;
WILLIAM NACCARATO, individually and in his official capacity as agent of the Primero Reorganized School District RE-2; TRISH SANCHEZ, individually and in her capacity as agent of the Primero Reorganized School District RE-2;
DARIUS LOPEZ;
ZANDER LAMORIE; and
DEBRA VELASQUEZ

Defendants.

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD

Pursuant to D.C.Colo.LAttyR 5(b), Gina L. Tincher moves this Court for an order permitting her to withdraw as attorney of record for Defendant Zander Lamorie in this action. In support hereof, Ms. Tincher states as follows:

1. Gina L. Tincher of the law firm Brownstein Hyatt Farber Schreck, LLP currently represents Defendant Zander Lamorie in this action.

2. Mr. Lamorie is also represented by Stanley Garnett and Tony Arias, also with the Brownstein Hyatt Farber Schreck firm.

3. Ms. Tincher will be leaving Brownstein Hyatt Farber Schreck to join another law firm, which requires her withdrawal as counsel for Mr. Lamorie.

4. Mr. Lamorie will continue to be represented by Mr. Garnett and Mr. Arias, each of whom will remain responsible for complying with all orders of this Court and time limitations and they will continue to advise Mr. Lamorie of all applicable dates and deadlines moving forward.

5. Pursuant to D.C.Colo.LAttyR 5, a copy of this motion will be served on all counsel of record and a copy will be sent to Mr. Lamorie.

WHEREFORE, the undersigned respectfully requests that this Court enter an order approving the withdrawal of Gina L. Tincher as counsel of record in the above-captioned action.

DATED: January 29, 2020.

By: __s/_Gina L. Tincher_____
Gina L. Tincher
Brownstein Hyatt Farber Schreck, LLP
410 17th Street, Suite 2200
Denver, CO 80202
Telephone: 303-223-1100
Facsimile: 303-223-1111
Email: gtincher@bhfs.com

*Attorney for Defendant Zander Lamorie*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 29th day of January 2020, a true and correct copy of the foregoing **MOTION TO WITHDRAW AS ATTORNEY OF RECORD** was electronically filed with the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/ Gina L. Tincher*
Gina Tincher

20218685